```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DENEENE WASHINGTON,                                                :
:
                        Plaintiff,                                    :
:     18-cv-11441 (LJL)
    -v-                                                          :
:     ORDER
NAOMI BERRIE DIABETES CENTER ET AL,                                :
:
                        Defendants.                                   :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the status conference held today, the deadline for all discovery in this case is SET for September 11, 2020.  *No extensions will be granted*.

      IT IS FURTHER ORDERED that the parties shall appear for a status conference on September 16, 2020 at 2:00 p.m.  The parties are directed to call (888) 251-2909 and use access code 2123101. The status conference previously set for August 31, 2020 is CANCELLED.

      SO ORDERED.

Dated: July 21, 2020
       New York, New York                                LEWIS J. LIMAN
                                                         United States District Judge