```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DENEENE WASHINGTON,                                               :
                                                                  :
                          Plaintiff,                              :
                                                                  :         18-cv-11441 (LJL)
       -v-                                                        :
                                                                  :              ORDER
NAOMI BERRIE DIABETES CENTER, et al.,                             :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2020

LEWIS J. LIMAN, United States District Judge:

      As discussed at the conference held today, the joint pre-trial order in this case is due on January 25, 2021.  The parties shall be ready for trial on 48 hours notice thereafter.

      SO ORDERED.

Dated: September 16, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge