USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DENISE WASHINGTON,

                                    Plaintiff,                           **ORDER SCHEDULING**

         -against-                                                       **SETTLEMENT CONFERENCE**

                                                                         **18-CV-11441 (LJL)**

NAOMI BERRIE DIABETES CENTER, et al,

                                    Defendants.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A telephonic settlement conference in this matter is scheduled for **Tuesday, November 24, 2020 at 11:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 17, 2020 by 5:00 p.m.**

        SO ORDERED.

Dated: October 1, 2020
       New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge