```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DENISE WASHINGTON,

                          Plaintiff,

  -against-

NAOMI BERRIE DIABETES CENTER, et al,

                          Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

18-CV-11441 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephone conference in this matter will be held on **Monday, November 23, 2020 at 9:30 a.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: November 20, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge