UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deneene WAshington

Write the full name of each plaintiff or petitioner.

Case No. 18CV CV 11441 LJL

-against-

Naomi Berrie Diabetes Center Columbia University

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that Plaintiff Deneene WAshington (plaintiff or defendant / name of party who is making the motion) requests that the Court: I am ReQuesting extended Time to find a Lawyer. Due to Covid No organizations are open to help me. I have contaced several Lawyers and They wont Take the Case because it 2 Years old. The Lawyers Are saying They Dont wAnt To go TRial. They know my old Lawyer and They Cant Take Case

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):
- ☐ a memorandum of law
- ☐ my own declaration, affirmation, or affidavit
- ☑ the following additional documents:

The NAACP
The NY Bar Law
NY state National Employer
BAR Association

212 668-5632
212 619-3730
212 889-6565
646 846-4560
212 202-2966
800 959-1444
312 964-8490
212 254-5700
212 819-9450

4-1-2021
Dated

Deneene WAshington
Signature

Deneene WAshington
Name

112-08 203 Street
Address

Queens
City

NY
State

11412
Zip Code

646 474-1779
Telephone Number (if available)

E-mail Address (if available)

Prison Identification # (if incarcerated)

SDNY Rev: 5/24/2016

The other Number Lawyers are on my Phone. The Court Does not Let you Bring Phone In Court.