UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deneene WAshington

Fill in above the full name of each plaintiff or petitioner.

Case No. 18 CV 11441 LJL

-against-

Naomi Berrie Diabetes Center
Columbia University
Annie Trowbridge    Tonya Richards
Dr Robin Goland

Fill in above the full name of each defendant or respondent.

## DECLARATION

I Need Additional Time, Due to Covid NO organization are open to help me. The Lawyers Refuse To Take a 2 year old Case,

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Deneene WAshington, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I Am Asking the Court To Extend The Scheduled Appointment 4-23-2021 at 4m Because Due To Covid All organizations are Closed and I Cant get NO help for my Case, NO Lawyers WAnt To go to Trial Because The Case is 2 years old and They Dont Want To Work on a Case another HAd. Phillipes Associate Told me They would Take my Case To Trial and Dropped it The Last Minute This is wrong.

Rev. 6/30/16

Phillipes Associates knew this would damage my case. This HAS caused me financial Lost Damages

1) The NY Law Dept of Lawyer
2) The NY Law Association
3) NAACP closed
4) Urban office closed
5) ~~[illegible]~~ office closed

The Lawyers I called said they know my old Lawyer And can't take the case. I have been informed by a Lawyer that Phillips Associate told them I Don't Have a Case. I have called others Lawyers 212 668-5632  619-3730  889-6565  202-2966  254-5700  819-9450  917 806-4861  917 903-6425

I Am Also Advising that The Law firm Phillips Associates Never advised me They were dropping My Case. When I hired Them I Told them I wanted Trial. They have been Negligent. They wont give me my File. They Told me I owe them $15,000 and They wont copy The file until I pay them $800. The Client has a right To Trial and should not be Denied

Attach additional pages and documents if necessary

4-1-2021
Executed on (date)

Deneene Washington
Signature

Name: Deneene Washington
Address: 646 474-1779
Telephone Number (if available)

Prison Identification # (if incarcerated)
112-08 203 st Queens NY 11412
City    State    Zip Code
Deneene Washington@gmail.com
E-mail Address (if available)

Page 2

United States District Court
Southern District of New York

Dear Sir or Madam                 4-1-2021

18CV 11441 LJL

The First Deposition proved that Naomi Berrie Diabetes, Columbia University were Guilty of wrongfully firing me.

I wrote a Letter to the President of the Company (2) Times and sent it Ceritified Mail. I even have pictures As proff To prove I was ~~Fired wrong~~ my Case. I have Patient who was willing to Testify for me. They could of settled This case In 6 months.

Deneene Washington 646 474-1779