```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DENISE WASHINGTON,

                                 Plaintiff,

         -against-

NAOMI BERRIE DIABETES CENTER, et al,

                                Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

18-CV-11441 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Monday, June 14, 2021 at 2:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information**. Updated pre-conference submissions must be received by the Court no later than **June 11, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: June 9, 2021
       New York, New York

                                                       _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge