```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DENEENE WASHINGTON,                                              :
                                                                 :
                         Plaintiff,                              :
                                                                 :          18-cv-11441 (LJL)
        -v-                                                      :
                                                                 :              ORDER
NAOMI BERRIE DIABETES CENTER, et al.,                            :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/2/2021__

LEWIS J. LIMAN, United States District Judge:

      The parties are ordered to file a joint pre-trial order by October 27, 2021.  The Court will hold a final pre-trial conference on November 10, 2021 at 12:00 p.m.  The conference will proceed telephonically.  Parties are directed to dial (888) 251-2909 and use access code 2123101.  A Jury Trial will be held beginning November 15, 2021 at 9:30 a.m.  The trial may be postponed in the event that a jury cannot be procured on that date.

      SO ORDERED.

Dated: August 2, 2021
       New York, New York

                                                               LEWIS J. LIMAN
                                               United States District Judge